**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

        Plaintiff,

    v.

U.S. FISH AND WILDLIFE SERVICE, et al.

        Defendants.

Civil Action No. 1:24-cv-00691-JEB

**AFFIDAVIT OF SERVICE**

I hereby certify that service of the Complaint, Summons, and other case initiating documents for the above captioned case took place as described below.

On March 20, 2024, copies of the Complaint, Summons, and other case initiating documents were sent by USPS Certified Mail, electronic return receipt requested, to the following parties:

**U.S. Fish and Wildlife Service**
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899564879897265)

**Martha Williams, Director**
U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899564879897852)

**Deb Haaland, Secretary**
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899564879897791)

**Merrick B. Garland, Attorney General**
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(Tracking No. 9414811899564879897999)

Defendants U.S. Fish and Wildlife Service, Director Martha Williams, and Secretary Deb Haaland received the documents on March 29, 2024. The Attorney General's office received the documents on April 1, 2024. Return receipts verifying the above information are attached hereto.

Additionally, on March 20, 2024, copies of the Complaint, Summons, and other case initiating documents were transmitted via email to the office of the United States Attorney for the District of Columbia, pursuant to electronic service instructions on the U.S. Department of Justice website. The United States Attorney's Office confirmed receipt and accepted service of the documents with a service date of March 20, 2024. Delivery confirmation verifying the above information is attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 9, 2024                    Respectfully submitted,

/s/Trisha Sharma
Trisha Sharma (*admitted pro hac vice*)
(OR Bar No. 235094)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Phone: (507) 990-2617
tsharma@biologicaldiversity.org


*Attorney for Plaintiff*

2

# Exhibit A


**UNITED STATES**
**POSTAL SERVICE**

March 29, 2024

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8118 9956 4879 8972 65**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 29, 2024, 12:25 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | U S  Fish and Wildlife Service |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 1849 C ST NW |
| **City, State ZIP Code:** | WASHINGTON, DC 20240-0001 |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *M Mandub / M- Mandub* |
| Address of Recipient: | *20240* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



March 29, 2024

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 4879 8978 52**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 29, 2024, 12:25 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Martha Williams Director U S  Fish and Wildlife |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 1849 C ST NW |
| **City, State ZIP Code:** | WASHINGTON, DC 20240-1000 |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *M. Mandolo / M. Mandolo* |
| Address of Recipient: | *20240 .* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



March 29, 2024

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 4879 8977 91**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 29, 2024, 12:25 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Deb Haaland Secretary U S  Department of the Int |

| Shipment Details | |
| --- | --- |
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
| --- | --- |
| **Street Address:** | 1849 C ST NW |
| **City, State ZIP Code:** | WASHINGTON, DC 20240-0001 |

### Recipient Signature

| | |
| --- | --- |
| Signature of Recipient: | *M Mandelo / M - Mandolo* |
| Address of Recipient: | *20240* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

 **UNITED STATES**
**POSTAL SERVICE**

April 1, 2024

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 4879 8979 99**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 1, 2024, 4:54 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Attorney General Merrick B  Garland U S  Departm |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 950 PENNSYLVANIA AVE NW |
| **City, State ZIP Code:** | WASHINGTON, DC 20530-0009 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## Lila Woloshin

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Saturday, March 23, 2024 12:11 PM |
| **To:** | Lila Woloshin |
| **Subject:** | RE: Case No. 1:24-cv-00691-JEB, Center for Biological Diversity v. U.S. Fish & Wildlife Service, et al. |

Your service package has been received and accepted with a service date of March 20, 2024.  Thank you.

**From:** Lila Woloshin <lwoloshin@biologicaldiversity.org>
**Sent:** Wednesday, March 20, 2024 3:51 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Case No. 1:24-cv-00691-JEB, Center for Biological Diversity v. U.S. Fish & Wildlife Service, et al.

Dear Civil Process Clerk,

Pursuant to the instructions on the U.S. Department of Justice website, please find attached for service to the U.S. Attorney a consolidated PDF containing the following documents, which have been filed in the above-referenced matter (Case No. 1:24-cv-00691-JEB, *Center for Biological Diversity v. U.S. Fish & Wildlife Service, et al.*):

1. Summons (ECF No. 3)
2. Notice and Consent to Magistrate Judge (ECF No. 3-1)
3. Complaint (ECF No. 1)
4. Certificate re: Rule LCvR 26.1 (ECF No. 2)

Please do not hesitate to contact me if these documents are deficient in any way and/or this service cannot be executed via email. Thank you.

Sincerely,

**Lila Woloshin, Paralegal**
Endangered Species & Carnivore Conservation
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 404-4751