**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

        *Plaintiff*,

    v.

U.S. FISH AND WILDLIFE SERVICE, *et. al.,*

        *Federal Defendants*.

Case No. 1:24-cv-00691-JEB

**JOINT MOTION TO ENTER SETTLEMENT AGREEMENT**

    Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants the U.S. Fish and Wildlife Service ("Service"), Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service, and Debra Haaland, in her official capacity as Secretary of the Interior, have entered into a Stipulated Settlement Agreement ("Agreement"), attached hereto as Exhibit A. The parties jointly move this Court to enter the Agreement as an Order of the Court and thereby dismiss all claims in Plaintiff's Complaint, including Plaintiff's claim for attorneys' fees and costs. In accordance with Paragraph 16 of the Agreement, the Court shall retain jurisdiction to oversee compliance with the terms of the Agreement and to resolve any motions to modify such terms.

Respectfully submitted this 14th day of November, 2024.

        TODD KIM, Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division
        S. JAY GOVINDAN, Section Chief
        NICOLE M. SMITH, Assistant Section Chief

        */s/ Jacob Jose*
        JACOB JOSE, Trial Attorney (CO Bar No. 59582)
        Wildlife & Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7611

Washington, D.C. 20044-7611
Tel:       (202) 341-1749 (Jose)
Fax:       (202) 305-0275
Email:    Jacob.Jose@usdoj.gov


*Attorneys for Federal Defendants*


*/s/ Trisha Sharma*
Trisha Sharma (OR Bar No. 235094)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (507) 990-2617
tsharma@biologicaldiversity.org

Brian Segee (CA Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3728
Phone: (805) 750-8852
bsegee@biologicaldiversity.org

*Attorneys for Plaintiff*